**Order entered January 21, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00007-CR
No. 05-14-00008-CR

**SENRICK WILKERSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause Nos. F10-01183-J, F10-01184-J

## ORDER

The Court has received appellant's appeals from the trial court's order denying his motion for post-conviction DNA testing. The records have not yet been filed in the appeals and are overdue. Additionally, it does not appear counsel has been appointed to represent appellant in the appeals. Appellant has filed a pro se motion to "compel Dallas County courts to provide documents."

The Court **DENIES** appellant's January 16, 2014 pro se motion to the extent he seeks to compel production of documents that may not be in the record before the trial court.

The Court **ORDERS** the trial court to make findings of fact regarding whether appellant has been deprived of the clerk's and reporter's records because of ineffective counsel, indigence, or for any other reason.

- The trial court shall first determine whether appellant is indigent and entitled to court-appointed counsel. If appellant is indigent, the trial court is **ORDERED** to appoint counsel to represent appellant in the appeals. If the trial court finds appellant is not indigent, it shall determine whether appellant has retained counsel to represent him in the appeals.

- The trial court shall next determine: (1) the name and address of each court reporter who recorded the proceedings in this cause; (2) the court reporter's explanation for the delay in filing the reporter's record; and (3) the earliest date by which the reporter's record can be filed.

- The trial court shall next determine the date by which the clerk's records will be filed.

We **ORDER** the trial court to transmit a record, containing the written findings of fact, any supporting documentation, and any orders, to this Court within **THIRTY DAYS** of the date of this order.

The appeals are **ABATED** to allow the trial court to comply with this order. The appeals shall be reinstated thirty days from the date of this order or when the supplemental record is received, whichever is earlier.

/s/     LANA MYERS
        JUSTICE